IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| RUGER COAL COMPANY, LLC, | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | |
| | : | |
| v. | : | Case No. 3:22-cv-00339 |
| | : | |
| TENNESSEE VALLEY AUTHORITY, | : | |
| | : | |
| Defendant/Counter-Plaintiff. | : | |

## AGREED ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

Having reviewed the Parties' Joint Motion to Stay Proceedings, and for good cause stated therein, the Court hereby **ORDERS** all deadlines and proceedings in this action—including, but not limited to, all discovery, motion, and expert deadlines, the trial date and pretrial conference, and all other deadlines referenced in the Minute Entry (Doc. 46) and the Scheduling Order (Doc. 47) that have not yet occurred—are hereby **STAYED** for 180 days from the date of this Order. Accordingly, the Scheduling Order is hereby **VACATED**. In the event the Parties are unable to resolve this matter, the parties **SHALL** file a joint status report on or before **October 30, 2023**, setting forth a proposed new scheduling order for this case.

IT IS SO ORDERED.

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge